UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **INDIANA BANK & TRUST COMPANY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | **CAUSE NO. 1:10-cv-1329-WTL-DKL** |
| ) | |
| **BARBARA A. GRAY, et al.,** ) | |
| ) | |
| *Defendants.* ) | |

## ENTRY ON MOTION FOR SUMMARY JUDGMENT

This cause is before the Court on the Plaintiff's motion for summary judgment. The Court, being duly advised, **GRANTS IN PART AND DENIES IN PART** the Plaintiff's motion as set forth below.

This is a mortgage foreclosure action. Plaintiff Indiana Bank & Trust Company seeks to foreclose on a mortgage executed by Defendant Barbara A. Gray ("the Mortgage"). The Clerk already has entered default against Gray and two other Defendants, the Indiana Department of Revenue and Palisades Collections. The Plaintiff now seeks summary judgment against the two remaining Defendants, the United States of America – Department of Agriculture ("USA") and Amerifirst Home Improvement Finance Co. ("Amerifirst").

The Plaintiff, the USA, and Amerifirst all have interests in the real property at issue in this case. The Plaintiff and the USA each holds a mortgage on the property; the Plaintiff concedes in the instant motion that the USA's mortgage is prior to its own mortgage. Accordingly, the Plaintiff is not entitled to summary judgment against the USA; when judgment is entered in this case, it will indicate that the USA's lien is prior to that of the Plaintiff.

With regard to Amerifirst, its interest in the real property at issue arises out of a judgment that it obtained against Barbara Gray. That judgment was recorded after the Plaintiff's mortgage and therefore the Plaintiff's lien is prior to that of Amerifirst. Amerifirst has not filed a response

to the instant motion and therefore does not dispute the priority of the Plaintiff's lien. Accordingly, the Plaintiff is entitled to summary judgment with regard to Amerifirst. The judgment that is entered in this case will indicate that the Plaintiff's lien is prior to that of Amerifirst.

The Plaintiff has submitted a proposed Judgment and Decree of Foreclosure along with the instant motion. However, while entry of default has been made against Defendants Barbara Gray, the State of Indiana-Department of Revenue, and Palisades Collection, the Plaintiff has not moved for entry of default judgment against those Defendants as required by Federal Rule of Civil Procedure 55(b). Once the Plaintiff has done so, it will be appropriate to enter judgment in this case.

One final note is in order. The Plaintiff misspells the word "marshal" throughout its proposed Judgment and Decree of Foreclosure. It shall submit a new proposed Judgment and Decree of Foreclosure that corrects this error along with its motion for default judgment. **If the USA has any objection to the language contained in the Plaintiff's proposed judgment, it shall file an objection within 7 days after the Plaintiff files its corrected proposed judgment.**

SO ORDERED: 08/08/2012

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copy by United States Mail to:

Scott Rigby Richards
WILLIAM R RICHARDS, PC
5120 Commerce Park Circle Suite B
Indianapolis, Indiana 46237

Copies to all other counsel of record via electronic notification